UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAMAL RAJ,<br><br>Petitioner(s),<br>v.<br><br>BRUCE SCOTT,<br><br>Respondent(s). | CASE NO. C26-3916-KKE<br><br>ORDER OF REFERRAL |

This is a federal habeas action filed under 28 U.S.C. § 2241. Dkt. No. 1. Petitioner is representing himself in this matter, but the Court finds that, because of the complex issues involved in this case, the interests of justice would be served by Petitioner obtaining counsel.

Accordingly, the Court ORDERS as follows:

(1) This matter is referred to attorney Jennifer Pasquarella for review.

(2) The Court requests that Ms. Pasquarella review the petition and advise the Court by email to the courtroom deputy at KKEcrd@wawd.uscourts.gov no later than October 26, 2026, if she will seek appointment in this matter.

(3) The Clerk is directed to send a copy of this order to Petitioner, and a copy of this order and the case file to Ms. Pasquarella at jpasquarella1@seattleu.edu.

Dated this 16th day of October, 2026.

Kymberly K. Evanson
United States District Judge